# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 791
:
ORDER APPROVING THE : SUPREME COURT RULES
AMENDMENT OF RULES 330, :
337, AND 515 OF THE : DOCKET
PENNSYLVANIA RULES OF :
JUVENILE COURT PROCEDURE :
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2019, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 330, 337, and 515 of the Pennsylvania Rules of Juvenile Court Procedure are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on June 28, 2019.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.